45D11-2305-CT-000520

Lake Superior Court, Civil Division 7

Filed: 5/5/2023 11:38 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| LINDA RUIZ, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| THE TJX COMPANIES, INC., D/B/A TJ ) | |
| MAXX; ) | |
|     Defendants. ) | |

## COMPLAINT

Comes now the Plaintiff, Linda Ruiz ("Linda"), by counsel, David W. Westland of the law firm Westland & Bennett P.C. and for her Complaint against the Defendant, The TJX Companies, Inc., d/b/a TJ Maxx, alleges and states as follows:

### GENERAL ALLEGATIONS

1. Plaintiff, Linda Ruiz, at all times relevant herein, was and is a citizen of Lake County, State of Indiana.

2. Defendant, The TJX Companies, Inc., d/b/a TJ Maxx ("TJ Maxx") is a corporation organized under the laws of the State of Delaware and doing business at 40 Main Street, Schererville, IN 46375 (the "Premises").

### COUNT I: TJ MAXX

3. Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On and prior to March 3, 2023, TJ Maxx owned, operated, controlled and maintained a business popularly known as TJ Maxx, located at the Premises.

5. On and prior to March 3, 2023, TJ Maxx invited the general public onto the Premises.

6. TJ Maxx owed a duty to warn business invitees of potentially dangerous conditions at the Premises.

7. On or prior to March 3, 2023, Linda was a business invitee on the Premises of Defendant, TJ Maxx, when this Defendant failed to properly advise and warn her of a hazardous condition, causing her to fall.

8. TJ Maxx, owed a duty to its business invitees, including Linda, to use ordinary care in the operation, management and maintenance of its premises so that the premises, including all portions of the premises upon which its invitees would traverse, would not be dangerous to life or limb to those persons on the Premises.

9. On March 3, 2023, the Premises contained a dangerous condition.

10. Prior to the time of Linda's fall, TJ Maxx, failed to clearly mark the elevated floor, among other things.

11. TJ Maxx breached its duty to advise and warn business invitees.

12. As a direct and proximate result of TJ Maxx's breach of said duty, Linda, by reason of her fall, sustained various injuries and damages.

**WHEREFORE**, the Plaintiff, Linda Ruiz, prays for judgment against the Defendant, TJ Maxx, in an amount reasonable to compensate her for her temporary and permanent past, present, and future injuries and damages, the costs expended herein, and for such further relief in the premises as this Court may deem just and proper.

Respectfully submitted,

*[signature]*

---

David W. Westland, #18943-64
Westland & Bennett P.C.
2929 Carlson Drive, Suite 300
Hammond, IN 46323
Phone: 219.440-7550
Fax: 219-440.7551
E-mail: dwestland@westlandbennett.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May 2023, I, mailed via United States Postal Service the foregoing document(s) to the following parties or attorneys who are **not** registered for electronic filing and service in this case:

The TJX Companies, INC d/b/a TJ Maxx
CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

By: *[signature]*
Westland & Bennett P.C